# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2015

149830 & (25)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

JOSE CRUZ ALONZO, JR.,
           Plaintiff-Appellant,

v

SC: 149830
COA: 320526
Ingham CC: 12-001090-CZ

STATE OF MICHIGAN and
DEPARTMENT OF CORRECTIONS,
           Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the June 25, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to appoint counsel is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2015



Clerk

p0513